**Order entered August 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00817-CV

### DAYDRICK NORRIS, Appellant

### V.

### TRANS AM SFE II LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02790-D**

## ORDER

Appellant filed his brief on the merits April 1, 2019. The brief was deficient, and appellant was directed to file an amended brief by April 18, 2019. That deadline was ultimately extended to July 22, 2019. On August 1, 2019, when the amended brief had not been filed, we ordered the appeal submitted on the April 1st brief and ordered appellee to file its response brief within thirty days.

By motion filed August 2, 2019 but mailed July 22, 2019, appellant appears to ask we accept his original brief or, alternatively, grant another extension and appoint counsel. In light of our August 1st order, we **DENY** the motion as moot.

/s/    KEN MOLBERG
         JUSTICE